07 CV 4643

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
MICHAEL H. KALINER, as Chapter 7 Trustee for           :
BARRON ATM, LLC                                         :   Civil Action No.
                                                        :
           -against-                                    :
                                                        :   **Rule 7.1 Statement**
MT. VERNON MONETARY MANAGEMENT CORP.   :
d/b/a MVMM CORP., MT. VERNON MONEY CENTER :
CORP., d/b/a MVMC CORP. and BARRON ATM CORP.  :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------------------x

JUN 0 1 2007

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Michael H. Kaliner (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

   NONE

Dated: New York, New York
   May 29, 2007

               SNOW BECKER KRAUSS P.C.

               By_____
                Derek Wolman (9720)
               Attorneys for Plaintiff
               Michael H. Kaliner, Esq., as Chapter 7
               Trustee for BARRON ATM, LLC
               605 Third Avenue
               New York, New York 10158
               (212) 455-0442