UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: SNOW BECKER KRAUSS P.C.

MICHAEL H. KALINER, AS CHAPTER 7 TRUSTEE FOR BARRON ATM, LLC.

Plaintiff(s)

- against -

MT. VERNON MONETARY MANAGEMENT CORP., D/B/A MVM CORP., ETAL

Defendant(s)

Index # 07 CV 4643 (MCKENNA)

Purchased June 1, 2007
File # 11219.001

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JEFF CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 25, 2007 at 01:15 PM at

403 EAST THIRD STREET
MT. VERNON, NY20553

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT on MT. VERNON MONETARY CENTER CORP., D/B/A MVMC CORP. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DONATO VELEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 36 | 5'8 | 180 |

GLASSES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  June 29, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**JEFF CAMPOLO**

Invoice #: 443011

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

MICHAEL H. KALINER, AS CHAPTER 7 TRUSTEE FOR BARRON ATM, LLC.

Plaintiff(s)

- against -

MT. VERNON MONETARY MANAGEMENT CORP., D/B/A MVM CORP., ETAL

Defendant(s)

Index # 07 CV 4643 (MCKENNA)

Purchased June 1, 2007
File # 11219.001

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFF CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 25, 2007 at 01:15 PM at

403 EAST THIRD STREET
MT. VERNON, NY20553

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT on MT. VERNON MONETARY MANAGEMENT CORP., D/B/A MVM CORP. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DONATO VELEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 36 | 5'8 | 180 |

GLASSES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 29, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**JEFF CAMPOLO**

Invoice #: 443011

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SNOW BECKER KRAUSS P.C.

---

MICHAEL H. KALINER, AS CHAPTER 7 TRUSTEE FOR BARRON ATM, LLC.

                                  Plaintiff(s)

- against -

MT. VERNON MONETARY MANAGEMENT CORP., D/B/A MVM CORP., ETAL

                                  Defendant(s)

Index # 07 CV 4643 (MCKENNA)

Purchased June 1, 2007
File # 11219.001

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFF CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 25, 2007 at 01:15 PM at

403 EAST THIRD STREET
MT. VERNON, NY 20553

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT on BARRON ATM CORP. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DONATO VELEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 36 | 5'8 | 180 |

GLASSES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 29, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**JEFF CAMPOLO**

Invoice #: 443011

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728