McKenna, J.
8/15/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for
BARRON ATM, LLC,

       Plaintiff,

  -against-

MT. VERNON MONETARY MANAGEMENT CORP.
d/b/a MVMM CORP., MT. VERNON MONEY CENTER
CORP., d/b/a MVMC CORP. and BARRON ATM CORP.

       Defendants.
-----------------------------------------------------------x

Civil Action No. 07 CV 4643

**ORDER**
Stipulation to Extend
Time to Answer

IT IS HEREBY AGREED by and between the parties, through their respective counsel, as follows:

1. The time for Defendants to appear and answer the Summons and Complaint or otherwise move in this action is extended to and including September 7, 2007.

2. Defendants waive all jurisdictional defenses regarding service and personal jurisdiction.

3. Defendants agree that any further extension of time to answer or move must be sought by application to the Court for cause shown, pursuant to Fed.R.Civ.P. 6(b).

4. Except as otherwise provided in paragraph "2" herein, nothing in this Stipulation constitutes a waiver by any party of any legal position.

5. A facsimile copy of this stipulation shall be deemed an original.

Dated: New York, New York
   August 15, 2007

TROUTMAN SANDERS, LLP
Attorneys for Defendants

By: _____
  Paul Deutch (PD-4859)
  405 Lexington Avenue, 7th Floor
  New York, NY 10174

SNOW BECKER KRAUSS P.C.
Attorneys for Plaintiff

By: _____
  Derek Wolman (DW-9720)
  605 Third Avenue, 25th Floor
  New York, NY 10158

So Ordered: _____ 8/15/06
HON. LAWRENCE M. McKENNA, USDJ