UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for  :
BARRON ATM, LLC,                              :
                                              :
                                              :   Civil Action No.
                       Plaintiff,             :   07 Civ. 4643 (LMM)
                                              :
       v.                                     :
                                              :
MT. VERNON MONETARY MANAGEMENT                :   **RULE 7.1 STATEMENT**
CORP. d/b/a MVMM CORP., MT. VERNON            :
MONEY CENTER CORP. d/b/a MVMC                 :
CORP., and BARRON ATM CORP.,                  :
                                              :
                                              :
                       Defendants.            :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MVMM Corp. (incorrectly named in the Complaint as "Mt. Vernon Monetary Management Corp. d/b/a MVMM Corp."), Mount Vernon Money Center Corp. (incorrectly named in the Complaint as "Mt. Vernon Money Center Corp."), and Barron ATM Corp. (all private non-governmental parties) certifies that the following are corporate parents and/or publicly held corporations owning ten percent (10%) or more of the stock of the aforementioned parties:

    NONE

Dated:    New York, New York
          September 7, 2007

                        TROUTMAN SANDERS LLP

                    By: _____
                        Karen F. Lederer (KFL 2768)
                        Jennifer A. Huber (JH4499)
                    Attorneys for Defendants
                    405 Lexington Avenue
                    New York, New York 10174
                    (212) 704-6000