# SNOW BECKER KRAUSS P.C.

JACK BECKER
MARK S. BORTEN
KENNETH E. CITRON
EDWARD M. CUDDY, III
MICHAEL H. DU BOFF
DAVID R. FISHKIN
PAUL GOTTLIEB
RONALD S. HERZOG
ERIC HONICK
MARK A. KANIAN
HARVEY KRAUSS
PAUL C. KURLAND

ATTORNEYS AT LAW

605 THIRD AVENUE

NEW YORK, N.Y. 10158-0125

(212) 687-3860

TELECOPIER
(212) 949-7052

MARC J. LUXEMBURG
BRAD S. MAISTROW
RALPH K. SMITH
CHARLES SNOW
MICHAEL WEXELBAUM
DEREK WOLMAN

FRANCIS V. IMBORNONE
(1987-2002)
HAROLD L. LUXEMBURG
(1987-1990)

JAMES N. BLAIR
HOWARD KARASIK
RICHARD REICHLER
LEONARD W. WAGMAN
COUNSEL

September 14, 2007

The Hon. Lawrence D. Mc Kenna
United States Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

**MEMO ENDORSED**

Index No: 07 CV 4643

Re: Michael H. Kaliner, as Chapter 7 Trustee for BARRON ATM, LLC V. Mt. Vernon Monetary Management Corp. d/b/a MVMM Corp., Mt. Vernon Money Center Corp., d/b/a MVMC CORP. and BARRON ATM Corp.

Dear Judge McKenna:

Reference is made to the Defendants' motion for summary judgement dated and filed on September 7, 2007 in the above referenced action (the "summary judgment" motion). The Plaintiff has requested an extension of time to oppose or otherwise respond to the summary judgment motion. Accordingly, the parties have stipulated that the Plaintiff's time to oppose or otherwise respond to the summary judgment motion has been extended to September 28, 2007 and the Defendant's time to serve reply papers has been extended to October 10, 2007. Both parties further agree that their respective papers must be served so that they are received in hand on the above dates. Please let us know whether the Court approves of the proposed schedule. Thank you in advance for your kind consideration of this request.

*Approved & so ordered.*
*LMM 9/17/07*

Very truly yours,

Susan M. Smith

cc: Karen F. Lederer, Esq.
    Jennifer A. Huber, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07