UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
:
MICHAEL H. KALINER, as Chapter 7 Trustee for    :
BARRON ATM, LLC                                 :
                                                :
     -against-                                   :   Civil Action No.
                                                :   07 Civ. 4643 (LMM)
MT. VERNON MONETARY MANAGEMENT CORP.            :
d/b/a MVMM CORP., MT. VERNON MONEY CENTER       :
CORP., d/b/a MVMC CORP. and BARRON ATM CORP.    :
                                                :
                    Defendants.                  :
                                                :
-------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on, September 28, 2007 I electronically filed the foregoing with the Clerk of the United States Southern District Court of New York using the CM/ECF system which sent notification of such filing to the following:

Karen F. Lederer: Karen.lederer@troutmansanders.com


    /s/ Derek Wolman
Derek Wolman