UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for  :
BARRON ATM, LLC,
                                         :

                                         :      Civil Action No.
                   Plaintiff,      :      07 Civ. 4643 (LMM)
                                           :

                  v.                 :

MT. VERNON MONETARY MANAGEMENT  :
CORP. d/b/a MVMM CORP., MT. VERNON    :
MONEY CENTER CORP. d/b/a MVMC      :
CORP., and BARRON ATM CORP.,        :
                                         :

                Defendants.     :
------------------------------------------------------------x

## REPLY DECLARATION OF KAREN F. LEDERER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Now comes Karen F. Lederer, and declares as follows:

1.     I am a member of Troutman Sanders LLP, attorneys for Defendants MVMM Corp. (incorrectly named in the Complaint as "Mt. Vernon Monetary Management Corp. d/b/a MVMM Corp."), Mount Vernon Money Center Corp. (incorrectly named in the Complaint as "Mt. Vernon Money Center Corp."), and Barron ATM Corp. I make this Declaration in support of Defendants' motion to dismiss the Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for failure to plead fraud with particularity and for failure to state a claim upon which relief can be granted.

2.     In opposition to our motion to dismiss, Plaintiff attached two pages from a deposition of Robert F. Egan taken on April 26, 2007 by Mr. Wolman, the attorney for Plaintiff in this case. That deposition was taken by Mr. Wolman in the Barron LLC bankruptcy proceeding. Defendants do not believe that it would be fair or appropriate for the Court to convert this motion

to dismiss into a motion for summary judgment based upon Mr. Wolman's introduction of documents outside the pleadings. To do so would give Plaintiff an unfair advantage since Plaintiff has already conducted discovery in the bankruptcy proceeding and Defendants, of course, have not had an opportunity to conduct any discovery in this case.

3.    The Complaint asserts four claims against each of the Defendants: breach of contract, quantum meruit, unjust enrichment, and fraud. As set forth below, (i) Plaintiff cannot state a claim for breach of contract against the Mount Vernon Defendants since Plaintiff in his opposition to the motion acknowledges they were not parties to the alleged contract, and Barron Corp. is not an alter ego of the Mount Vernon Defendants, and (ii) Plaintiff has not stated a claim for fraud, because Plaintiff has not alleged a misrepresentation that is not duplicative of a contract claim, and in addition the alleged misrepresentations are either nowhere to be found in the Complaint or are totally implausible in view of Plaintiff's other statements in this matter.

4.    Defendants agree that Plaintiff should be permitted, for now, to maintain his quantum meruit and unjust enrichment claims as alternatives to his breach of contract claim, because Defendants will in answering the Complaint plead that the document Plaintiff refers to as the contract is only an offer letter, and, in fact, the parties never reached an agreement.

5.    Attached hereto as Exhibit "A" is page 70 of the deposition of Richard Miro taken by Mr. Wolman in the Barron LLC bankruptcy proceeding on February 1, 2007 (the "Miro Dep.").

6.    Attached hereto as Exhibit "B" are pages 60-67 of the Miro Dep.

7.    Attached hereto as Exhibit "C" are pages 103-115 of the Miro Dep.

8.    Attached hereto as Exhibit "D" are pages 24-25 of the Miro Dep.

2

9.     Based on the foregoing and the attached exhibits, the Defendants respectfully request that the motion be granted.

6.     Signed under the penalties of perjury this 10th day of October, 2007.


_____
KAREN F. LEDERER

# EXHIBIT A

70

1                    R. Miro

2    certificate, right?

3        A      Correct.

4        Q      Now, you'll see on page 3 of

5    the certificate, which is the actual

6    fourth page of the exhibit --

7        A      Okay.

8        Q      -- there is a filing stamp on

9    the right-hand margin, it says "Filed

10   2002, September 12th."

11       A      Correct.

12       Q      Okay.  Does that comport with

13   your understanding of when the

14   corporation was filed?

15       A      Correct.

16       Q      Okay.  And in and around that

17   time, were you asked to set up any books

18   of account for Barron ATM Corp.?

19       A      Yes.

20       Q      Was it around this time in

21   September of '02?

22       A      In and around that time.

23       Q      And at the time you set up the

24   books, was there any opening balance for

25   the company on the books?

# EXHIBIT B

60

1                    R. Miro

2       Q       Do you know who the other

3    50 percent was for the second company?

4       A       COAC was Joseph Collins was

5    the other owner and GNC Payroll Plus was

6    Nancy Caccavale.

7       Q       There were just two owners?

8       A       And Bob -- I don't recall what

9    the percentages were at that time.

10      Q       So in each of these companies,

11   Bob Egan was the sole owner or had one

12   partner?

13      A       Correct.

14      Q       Okay, now, when you managed

15   the finances or the accounting for

16   Barron ATM Corp., did the company, I'll

17   just use the name Barron ATM Corp., have

18   income that was deposited directly into

19   its account?

20      A       Yes.

21      Q       And where did that income come

22   from?

23      A       It came from the ATM machines.

24      Q       Okay.

25      A       Surcharges, there were

61

1                    R. Miro

2   surcharges.

3        Q      If you could tell me just

4   again briefly so I understand how the

5   business worked and what monies actually

6   came in.  Okay?

7        A        There were surcharge fees

8   which are associated with an ATM

9   machine, which is when a customer

10  withdraws cash they are charged a

11  surcharge anywhere from a dollar to $2,

12  depending on our discretion what the

13  market would bear, and also there is an

14  interchange fee as paid by the network.

15       Q      That's the banking network?

16       A        The ATM banking network pays

17  an interchange fee to the ATM owners.

18       Q      Okay.  So that would be a fee

19  that --

20       A        That would be what Barron ATM

21  Corp. received, yes.

22       Q      Any other charges?

23       A      Revenue.

24       Q      Yes.

25       A      Yes, that would be it.

62

1              R. Miro

2    Q      That's it?

3    A      Yes, that's it.

4    Q      Now, out of that revenue did

5 Barron ATM have expenses associated with

6 it?

7    A      Yes.

8    Q      And could you describe what

9 those expenses are?

10   A      Sure.  They would have to pay

11 the network, there would be a fee, a

12 transaction fee, that you would pay the

13 ATM network to process your account,

14 your transactions.  There would be

15 telephone charges because there are

16 telephone lines associated with each and

17 every machine, there was the cost of the

18 purchase, there was maintenance of the

19 machines.

20   Q      When you say cost of the

21 purchase, you mean the purchase price of

22 the sale transaction with Barron ATM,

23 LLC?

24   A      That is correct, commissions

25 to the store owners that the machines

```
 1              R. Miro
 2   were located at.  There were -- did I
 3   say maintenance costs associated with
 4   the machine?
 5        Q    Yes.
 6        A         There's also paper that needed
 7   to be put in the machine, there was
 8   insurance on the machines, there was the
 9   cost of cash to put the money to the
10   machines, another cost was the cost to
11   put the money into the machines
12   themselves through the cash service
13   provider, Mt. Vernon Money Center,.
14        Q    Okay.  Now, out of the
15   customer transaction fee, which is the
16   term I'm using to describe the dollar to
17   $2?
18        A    The surcharge.
19        Q    The surcharge.  The customer
20   would pay to get his money, and the fee
21   you said the network paid to Barron ATM
22   Corp.?
23        A    Yes.
24        Q    What monies, if any, came
25   directly to Barron ATM Corp. to be
```

64

1              R. Miro

2  deposited?

3      A      I don't recall if it went

4  directly to the Barron ATM Corp. account

5  or if it went to Mt. Vernon Money Center

6  as the managing company.  Because Mt.

7  Vernon Money Center had ATM machines

8  also.  So I think just to facilitate the

9  process they had to come into one

10  account, I don't recall if it was

11  segregated or not at that time.  But

12  there was a segregation with respect to

13  the accounting of those funds.  Those

14  machines, the surcharge and interchange

15  fees that came in on behalf of Barron

16  ATM Corp., there was a segregation.

17      Q      And when you say a

18  segregation, do you mean a separate bank

19  account?

20      A      I think there was a separate

21  accounting.

22      Q      Was there a book account kept,

23  a ledger?

24      A      Yes, they were recorded on Mt.

25  Vernon's books and Barron's books.

65

                    R. Miro

1

2      Q      And out of the monies that

3    were received as income, how were

4    expenses paid?

5      A      Expenses were paid I think

6    Barron -- let me just see something.  I

7    think the checks -- I think the expenses

8    were paid through Mt. Vernon Money

9    Center on behalf of Barron ATM Corp.,

10   and again a separate accounting was made

11   on both books.

12     Q      Do you recall whether Mt.

13   Vernon Money Center paid expenses for

14   Barron ATM Corp. out of money that was

15   booked into Barron ATM Corp's account?

16   In other words, out of whatever it had a

17   positive balance for on your books or

18   whether Mt. Vernon just paid those

19   expenses and reconciled later?

20     A      Mt. Vernon paid the expenses

21   on behalf of Barron ATM Corp. and they

22   charged it to a Barron ATM account from

23   an accounting point of view.

24     Q      Did they do so whether or not

25   there was adequate cash credited to

66

1                    R. Miro

2      Barron ATM Corp. to cover the payment?

3           A       They were making the payments

4      at the time to cover the expenses.

5           Q       Whether or not there was

6      enough income received from Barron ATM

7      Corp's account?

8           A       Correct.

9           Q       Is that right?

10          A       Correct.

11          Q       And were there times when Mt.

12     Vernon Money Center made those payments

13     even though there was no cash available

14     from Barron ATM Corp. to make the

15     payment?

16          A       Repeat that.

17          Q       Did indeed Mt. Vernon Money

18     Center make payments for Barron ATM

19     Corp.'s expenses at times when there was

20     no positive balance credited to Barron

21     ATM Corp. on the books?

22          A       Mt. Vernon would pay the

23     expenses on a monthly basis, yes.

24          Q       So it would cover expenses at

25     times when there was not enough money

1                    R. Miro

2  credited to Barron ATM Corp. for those

3  payments, right?

4        A     I guess Mt. Vernon would pay

5  for them, yes.

6        Q     When you made payments on the

7  account of the purchase transaction, as

8  we discussed 1 through 26, specifically,

9  for the payments that you said were made

10  out of a Barron ATM Corp. account --

11        A     Yes.

12        Q     -- how did the money get

13  deposited to that Barron ATM Corp.

14  account?

15        A     Mt. Vernon would fund it, they

16  would physically have cash transferred

17  into the account.

18        Q     Specifically, for those

19  payments --

20        A     Correct.

21        Q     -- on the purchase price?

22        A     Yes.

23              MR. WOLMAN:  Off the record.

24              [Discussion held off the

25        record.]

# EXHIBIT C

103

1                R. Miro

2   you see a Comnet 3000, above you'll see

3   the same number next to it.  It's sort

4   of a key.

5       Q       Just describing the cost of

6   each machine and each upgrade for those

7   machines?

8       A       Right.

9       Q       Thank you.

10              MR. WOLMAN:  Could you mark

11          this as the next exhibit, please, as

12          Exhibit I.

13              (MV Exhibit I, Baron ATM Income

14          Statement 2004 marked for

15          identification, as of this date.)

16      Q       Mr. Miro, I'm showing you now

17   what has been marked as Exhibit I, it's

18   one page; do you recognize this

19   document?

20      A       Yes.

21      Q       Okay.  Did you prepare this

22   document?

23      A       Yes, I did.

24      Q       Okay.  And did you prepare it

25   on July 6, 2005 --

104

1              R. Miro

2      A      Correct.

3      Q      -- as the date appears on the

4  bottom right-hand side?

5      A      Correct.

6      Q      And it says "Baron," with one

7  R, "ATM Income Statement 2004" is that

8  an accurate description of what's shown

9  here?

10      A      Correct.

11      Q      Now, if you could just briefly

12  describe to me what's noted here?

13      A      Okay.  This is an income

14  statement for Barron ATM Corp. for 2004,

15  showing the revenues generated for those

16  machines for the 12-month period of

17  2004, and all the expenses associated

18  with that as well as a statement of net

19  cash used by Barron ATM Corp. showing

20  the cash deficit of $95,789.

21      Q      Now, when you prepared this

22  income statement -- is it fair to call

23  this a summary income statement?

24      A      Yes.

25      Q      -- did you use any back-up for

105

1                   R. Miro

2  reference to obtain these numbers?

3       A     Yes.

4       Q     And did you do that from the

5  books and records of Barron ATM Corp.?

6       A     Yes.

7       Q     So the surcharge fees under

8  "Revenues," first column, those are the

9  actual transaction fees charged to

10 people who were taking money out of the

11 ATMs?

12      A     Correct.

13      Q     And the interchange fees come

14 from a bank --

15      A     The network.

16      Q     -- the network and that's a

17 payment that you described earlier?

18      A     Transaction.

19      Q     That's the only source of

20 revenue for Barron ATM?

21      A     Correct.

22      Q     And are these expenses that

23 are set forth below revenue, where did

24 these numbers come from?

25      A     These were the actual expenses

106

                    R. Miro
1
2    that were paid on behalf of Barron ATM
3    Corp.
4         Q     Now, were these all expenses
5    paid by the Mt. Vernon Money Center --
6         A     Yes.
7         Q     -- and then charged to Barron
8    ATM Corp.?
9         A     Correct.
10        Q     Were any of these charges for
11   items of service that were performed by
12   Mt. Vernon Money Center itself?
13        A     Yes.
14        Q     Which ones?
15        A     Cash replenishment fees, first
16   line fees, second line fees, machine
17   transport, and accounting administrative
18   expenses.
19        Q     Okay.  Now it you see where it
20   says insurance --
21        A     And insurance.
22        Q     And insurance?
23        A     I'm sorry, they were paid by
24   the Mt. Vernon Money Center.
25        Q     Okay.  But what I'm asking is

R. Miro

the actual service -- withdrawn.

            Everything was paid by Mt.
Vernon Money Center; is that right?

     A      Right.

     Q      Okay.  But the actual service
of cash replenishment to the machines,
was that a service that was actually
provided by Mt. Vernon Money Center to
Barron ATM Corp.?

     A      Yes.

     Q      And then it charged Barron ATM
Corp. this amount; is that right?

     A      Yes.

     Q      Okay.  Were there any other
services that were performed directly by
the Mt. Vernon Money Center to Barron
ATM Corp. that are listed here as
expenses?

     A      Yes.  The first line fees,
second line fees, accounting
administrative expense and machine
transport.

     Q      Okay.  Could you tell me what
the first line fees means?

108

R. Miro

1

2    A    First line is for repairs.

3  It's basically just for simple repairs,

4  for instance, if a machine jams you have

5  to send someone out.

6    Q    Second line fees?

7    A    Second line fees is where

8  you're going to have to remove parts and

9  stuff.

10    Q    It's a different level of

11  service?

12    A    Yes.

13    Q    And you said parts and

14  supplies were also --

15    A    Parts and supplies.

16    Q    -- provided by Mt. Vernon?

17    A    Paid for by Mt. Vernon.

18    Q    But did it actually purchase

19  the parts and supplies and install them

20  in the machines --

21    A    Yes.

22    Q    -- as part of its first and

23  second line service?

24    A    Yes, that's for the labor end

25  of it.  The first and second line is the

109

1                    R. Miro

2     labor charge.

3          Q       And they provided

4     transportation for the machines; is that

5     correct?

6          A       Right.

7          Q       And then you said accounting

8     administrative expense that was provided

9     by Mt. Vernon Money Center or another

10    company?

11         A       By the administrative company,

12    MVMM Corp.

13         Q       Now, these other fees you

14    mentioned, were they all directly from

15    Mt. Vernon Money Center or MVMM Corp.?

16         A       Be more specific.

17         Q       In other words cash

18    replacement, what was the affiliate that

19    actually provided that?

20         A       Mt. Vernon Money Center.

21         Q       And first and second --

22         A       Mt. Vernon Money Center.

23         Q       So the only one in this list

24    that is MVMM is account and

25    administrative?

110

1                   R. Miro

2       A       Correct.

3       Q       Under the line "For insurance"

4  where it says "250 per machine"?

5       A       Correct.

6       Q       That's the actual charge, you

7  individually count up the machines and

8  it's 250 each?

9       A       Yes.

10      Q       Is there an umbrella policy

11 that covered all the machines?

12      A       Yes, there was.

13      Q       So is that Mt. Vernon Money

14 Center's policy?

15      A       Correct.

16      Q       Do you know whether Barron ATM

17 Corp. was listed as an additional

18 insured?

19      A       I believe it was.

20      Q       Do you know whether the

21 machines themselves are itemized in the

22 insurance policy?

23      A       You'd have to speak to Janet

24 Herman, she was in charge of that for

25 Mt. Vernon Money Center.

111

1          R. Miro

2     Q      Okay.  What is meant by "Reg E

3  claims"?

4     A      Reg E claims are claims that

5  you pay out -- how do I explain that?

6  We have a transaction with the machine,

7  the bank comes -- the banks come to us

8  and tell us that the cash was paid out

9  -- we have a record that someone

10 requested to withdraw monies from the

11 bank, but they never got the money.  You

12 go to an ATM machine make a withdrawal,

13 you get a receipt that says $40 was

14 dispensed to that particular person but

15 they never actually got it, so under a

16 certain amount, I think it was $20 or

17 so, we didn't spend the time to

18 investigate and we just paid it out.

19    Q      "Interest to C. Sanford" on

20 the next line, does that represent the

21 interest calculation between principal

22 and interest on the note --

23    A      Correct.

24    Q      -- paid out in 2004; is that

25 right?

112

1                    R. Miro

2        A        Correct.

3        Q        And "Depreciation," is that

4   depreciation on the individual ATM

5   machines?

6        A        Correct.

7        Q        And do you have any

8   understanding as to what's listed as

9   "MICS"?

10       A        Miscellaneous expenses.

11       Q        Do you know what that is?

12       A        That is a catch-all for maybe

13  office supplies, maybe some postage,

14  little incidentals that aren't covered

15  in the line items up above.

16       Q        Did Barron ATM Corp. purchase

17  its own supplies, stamps and things like

18  that or did it --

19       A        It got it from MVMM Corp.

20       Q        Did it actually purchase

21  individual items or was it an estimated

22  amount?

23       A        As far as --

24       Q        As far as office supplies,

25  postage, incidental items, was there an

113

1                     R. Miro
2     actual transaction that took place
3     whereby Barron ATM Corp. would buy a
4     certain number of supplies or postage
5     from MVMM Corp.?
6          A      No, it was just estimated,
7     there was no actual calculation, it was
8     just an estimate for this financial
9     statement.
10         Q      So the estimate would have
11    been made at the time that you prepared
12    this?
13         A      Yes.
14         Q      And do you recall what you
15    based your estimate on?
16         A      I don't recall at the time.
17         Q      Do you recall now?
18         A      From that time, I don't
19    recall.
20         Q      All right.  Now going again
21    below this column that ends in "Net
22    Income," you have "Cash Flows From
23    Barron"; is that right?
24         A      Yes.
25         Q      What does that mean?

114

1          R. Miro

2     A     Okay.  What I did was I tried

3  to -- I took the income statement and

4  adjusted it to show what actual cash --

5  I tried to determine how much cash was

6  -- the net cash, whether we had a

7  positive cash flow or negative cash flow

8  from Barron ATM Corp.

9          So I took the net income and I

10 adjusted, added back the noncash items

11 that represent the income statement,

12 which was depreciation.  18,599, that's

13 not really a cash transaction although

14 it is a valid line item for an income

15 statement, and at the same time the

16 income statement does not disclose the

17 principal paid on any notes.

18         So I had to adjust for that,

19 to show the actual cash that was used by

20 Barron ATM Corp., negative $95,000,

21 based on the earnings, less expenses.

22    Q      And that $95,000 is actually

23 the very last line of this income

24 statement right, Net "Cash Provided/Used

25 By Barron" and it says a deficit of

115

1                    R. Miro

2    $95,789?

3        A       Correct.

4        Q       And that money, am I correct,

5    all constituted funds that were provided

6    by Mt. Vernon Money Center?

7        A       Yes.

8        Q       Did you ever prepare any other

9    income statements say for 2002, 2003

10   again for Barron ATM Corp.?

11       A       I don't recall if I did or

12   not.  I don't recall.  I really don't

13   recall back that far, I might have, I

14   don't recall.

15       Q       How about 2005?

16       A       2005, I don't believe -- I

17   don't know if I prepared a financial

18   statement in 2005, I don't know, I don't

19   remember.  I might have.  There might

20   have been a financial statement.

21       Q       Do you remember who prepared

22   tax returns for Barron ATM Corp.?

23       A       I wasn't involved in the tax

24   returns that would be -- Janet Herman,

25   the CFO, she would know when the returns

# EXHIBIT D

24

R. Miro

2  discussing with him, was it a check, a

3  wire transfer?

4      A    As far as where to send it

5  to -- in whose name to send it to and

6  where to send it to.

7      Q    And do you remember what he

8  told you?

9      A    Yes.  I think we had sent him

10  some checks in the beginning and then he

11  had given me wire instructions, where to

12  wire the funds to.

13      Q    Okay.  So, would it be correct

14  to say that you spoke to him sometime

15  shortly before the first wire that you

16  sent out in payment?

17      A    Yes.

18      Q    And I notice on the

19  attachments to this letter that's

20  Exhibit A, starting on the third page --

21  the fourth page, excuse me, there are

22  three checks.

23      A    Correct.

24      Q    Now, these checks appear to be

25  drawn on the account of Mt. Vernon Money

25

R. Miro

2   Center's operating account.

3       A       Correct.

4       Q       And for the months of

5   October 1st, '02, November 1st, '02, and

6   December 1st, '02; is that correct?

7       A       Right.

8       Q       Did you have these checks

9   drawn?

10      A       Could you be more specific.

11      Q       In other words, were you

12  involved in having these checks

13  prepared?

14      A       Yes.

15      Q       Did you direct anyone to do

16  that?

17      A       Yes, I directed -- actually I

18  was told by Mr. Egan to prepare the

19  checks and where to prepare the checks

20  from and then I instructed the accounts

21  payable department to draw the checks.

22      Q       And were these checks drawn on

23  the dates that are referenced on the

24  checks or were they postdated?

25      A       I believe these were