UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for  :
BARRON ATM, LLC,
                                         Plaintiff,    :   Civil Action No.
                                                            :   07 Civ. 4643 (LMM)

        v.

MT. VERNON MONETARY MANAGEMENT   :   **AFFIRMATION OF SERVICE**
CORP. d/b/a MVMM CORP., MT. VERNON
MONEY CENTER CORP. d/b/a MVMC
CORP., and BARRON ATM CORP.,

                                  Defendants.
-----------------------------------------------------------------x

       I, Jennifer A. Huber, make the following affirmation under penalty of perjury:

       On October 10, 2007, I served a copy of Defendants' **Declaration of Karen F. Lederer, Affidavit of Robert F. Egan**, and **Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss** upon all registered ECF parties in the action by posting such documents electronically to the ECF website of the United States District Court for the Southern District of New York.

Dated:     New York, New York
            October 10, 2007

                                                            _/s/ Jennifer A. Huber_
                                                            Jennifer A. Huber