UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

MICHAEL H. KALINER, as Chapter 7 Trustee for
BARRON ATM, LLC

                    -against-

MT. VERNON MONETARY MANAGEMENT CORP.
d/b/a MVMM CORP., MT. VERNON MONEY CENTER
CORP., d/b/a MVMC CORP. and BARRON ATM CORP.

                             Defendants.

-----------------------------------------------------------------------x

:    Civil Action No.
:    07 Civ. 4643 (LMM)

:    **Consent to Change Attorney**

      IT IS HEREBY CONSENTED THAT, Derek Wolman of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, New York 10158, be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated: June 19, 2008

Snow Becker Krauss P.C.

By: _____    _____
                                          Michael Kaliner