McKENNA, J.

9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MICHAEL H. KALINER, as Chapter 7 Trustee for
BARRON ATM, LLC,

          Plaintiff,

-against-

MT. VERNON MONETARY MANAGEMENT CORP.,
d/b/a MVMM CORP., MT. VERNON MONEY CENTER
CORP., d/b/a MVMC CORP., and BARRON ATM
CORP.,
          Defendants.
---------------------------------------X

Case 07-CV-4643(JMM) (LMM)

**Stipulation and Order
of Substitution of
Plaintiff's Counsel**

IT IS HEREBY STIPULATED AND AGREED that the law firm of Davidoff Malito & Hutcher LLP shall be substituted as counsel of record for Plaintiff, Michael H. Kaliner, as Chapter 7 Trustee for Barron ATM, LLC ("Plaintiff") in the above captioned action, in place and instead of the law firm of Snow Becker Krauss P.C. Said substitution has been effected with the knowledge and consent of Plaintiff.

Dated: New York, NY
       August 18, 2008

Davidoff Malito & Hutcher LLP

By: _____
Derek Wolman (DW 9720)
605 Third Avenue, 34th Floor
New York, NY 10158
(646)428-3243

Snow Becker Krauss P.C.

By: _____
Michael Wexelbaum (MW____)
605 Third Avenue, 34th Floor
New York, NY 10158
(212)455-0486

SO ORDERED:

_____ 9/2/08
~~J. MICHAEL McMAHON~~
~~U.S.D.J.~~
HON. LAWRENCE M. McKENNA, USDJ.

00378811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MICHAEL H. KALINER, as Chapter 7 Trustee for
BARRON ATM, LLC,                                    Case 07-CV-4643(LMM)

                Plaintiff,

-against-

MT. VERNON MONETARY MANAGEMENT CORP.,    **Affirmation of**
d/b/a MVMM CORP., MT. VERNON MONEY CENTER  **Derek Wolman**
CORP., d/b/a MVMC CORP., and BARRON ATM
CORP.,
                Defendants.
---------------------------------------X

    I, Derek Wolman, an attorney admitted to practice before the courts of the State of New York, hereby affirm under penalty of perjury:

    1.    I am a partner with the law firm Davidoff Malito & Hutcher LLP ("DMH"), which wishes to represent Plaintiff, Michael E. Kaliner, as Chapter 7 Trustee for Barron ATM, LLC ("Plaintiff") as its attorneys in the above-captioned action. I make this affirmation as required by Local General Rule 1.4 in support of the Stipulation and Order of Substitution of Defendant's counsel, a true and accurate copy of which is attached as **Exhibit "A"**.

    2.    This action was commenced in June 2007, and until recently, Plaintiff was represented by the firm of Snow Becker Krauss P.C. ("SBK").

    3.    I have always been the attorney responsible for this action. Recently, I have moved my practice from SBK to DMH.

    4.    On information and belief, Plaintiff does not wish to be represented by my prior law firm and prefers to be represented by DMH, where I am now a partner, going forward because Plaintiff desires my to continue to be the attorney primarily responsible to represent and protect its interest in this matter than counsel who has appeared.

    5.    Attorneys for Defendants, Mt. Vernon Monetary Management Corp., d/b/a MVMM Corp., Mt. Vernon Money Center Corp, d/b/a MVMC Corp., and Barron ATM Corp., have been informed of Plaintiff's desire to substitute counsel at this time, and do not object to such substitution; therefore, the substitution does no prejudice to Defendant.

00378791

6. As I have been the attorney primarily responsible for Plaintiff's interests in this matter from commencement of this action, substitution of counsel as requested will not create any delay in the litigation of this action. Furthermore, at this juncture no discovery has taken place in this action as a motion to dismiss is currently sub judice.

7. I declare under penalty of perjury under the laws of the New York State that the foregoing is true and correct.

Dated: New York, NY
August 18, 2008

Derek Wolman

00378791