UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for :
BARRON ATM, LLC,
                                                            Civil Action No.
                         Plaintiff,             :      07 Civ. 4643 (LMM)

                v.

MT. VERNON MONETARY MANAGEMENT   :      **AFFIDAVIT OF SERVICE**
CORP. d/b/a MVMM CORP., MT. VERNON
MONEY CENTER CORP. d/b/a MVMC
CORP., and BARRON ATM CORP.,

                      Defendants.
------------------------------------------------------------x

        Naitrani Lugo, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Queens County, New York. On September 15, 2008, I served a copy of Defendants' **Answer and Counterclaim** by posting such documents electronically to the ECF website of the United States District Court for the Southern District of New York on all registered ECF parties in the action.

                                                                     /s/ Naitrani Lugo
                                                                       Naitrani Lugo

Sworn to before me this
15th day of September, 2008

/s/ Harriet E. Cohen
Notary Public

HARRIET E. COHEN
Notary Public, State of New York
No. 01CO6027732
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 16, 2010