UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for :
BARRON ATM, LLC, :
: Civil Action No.
                       Plaintiff, : 07 Civ. 4643
:
        v. :
: **DEFENDANTS' DEMAND**
MT. VERNON MONETARY MANAGEMENT : **FOR A JURY TRIAL**
CORP., d/b/a MVM CORP., MT. VERNON : **(Fed. R. Civ. P. 38)**
MONETARY CENTER CORP., d/b/a MVMC :
CORP., and BARRON ATM CORP., :
:
                       Defendants. :
------------------------------------------------------------x

       Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants MVMM Corp.,[1] Mount Vernon Money Center Corp.,[2] and Barron ATM Corp., by their attorneys Troutman Sanders LLP, demand a trial by jury in the above entitled action of all issues triable by jury in this matter.

Dated:    New York, New York
             September 17, 2008

                                    TROUTMAN SANDERS LLP

                                    By. _____
                                    Karen F. Lederer (KL 2768)
                                    Jennifer A. Huber (JH 4499)
                                    Attorneys for Defendants
                                    405 Lexington Avenue
                                    New York, New York 10174
                                    (212) 704-6000

---

[1]    Incorrectly named in the Complaint as "Mt. Vernon Monetary Management Corp. d/b/a MVMM Corp."
[2]    Incorrectly named in the Complaint as "Mt. Vernon Money Center Corp."