UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL H. KALINER, as Chapter 7 Trustee for :
BARRON ATM, LLC,
                                                            :
                                                            :
                                                            :       Civil Action No.
                           Plaintiff,                       :       07 Civ. 4643 (LMM)
                                                            :
            v.                                              :
                                                            :
MT. VERNON MONETARY MANAGEMENT             :       **AFFIDAVIT OF SERVICE**
CORP. d/b/a MVMM CORP., MT. VERNON         :
MONEY CENTER CORP. d/b/a MVMC              :
CORP., and BARRON ATM CORP.,               :
                                                            :
                                                            :
                           Defendants.                      :
------------------------------------------------------------x

Naitrani Lugo, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Queens County, New York. On September 17, 2008, I served a copy of Defendants' **Jury Demand** by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York on all registered ECF parties in the action.

_____
Naitrani Lugo

Sworn to before me this
17th day of September, 2008

_____
Notary Public

HARRIET E. COHEN
Notary Public, State of New York
No. 01CO5027732
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 16, 2010